**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Christine King

Plaintiff,

Case No. 8:26-cv-01823-VMC-TGW

v.

Equifax Information Services, LLC,

Defendant.
_______________________________________/

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09, the Plaintiff hereby notifies this Court that the Parties have settled the claims in this case.

Respectfully submitted July 16, 2026, by

*/s/ Thomas M. Bonan*
Thomas M. Bonan
FL Bar # 118103
SERAPH LEGAL, P. A.
3505 East Frontage Road, Ste 145,
Tampa, Florida 33607
Tel: 813-321-2347
Fax: 855-500-0705
tbonan@seraphlegal.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document will be served via email transmission by the CM/ECF system.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103